UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 04 B 05015
    DANISHA MURPH
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-9471
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

The case was filed on 02/10/2004 and was confirmed 03/29/2004.

The plan was confirmed to pay secured creditors 100% and unsecured creditors  81.57%.

The case was paid in full 09/11/2007.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| AMERICREDIT FINANCIAL SV | SECURED | 6250.00 | 2057.40 | 6250.00 |
| ROUNDUP FUNDING LLC | UNSECURED | 5147.01 | .00 | 4198.47 |
| ILLINOIS DEPT OF REVENUE | UNSECURED | 43.92 | .00 | 35.83 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | 321.06 | .00 | 321.06 |
| ARIA SERVICES FOR PHYSIC | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 560.00 | .00 | 456.80 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | 777.43 | .00 | 634.16 |
| ARROW FINANCIAL SERVICES | NOTICE ONLY | NOT FILED | .00 | .00 |
| DOMINICKS | NOTICE ONLY | NOT FILED | .00 | .00 |
| DOMINICKS | UNSECURED | NOT FILED | .00 | .00 |
| EVELY WILLEY | UNSECURED | NOT FILED | .00 | .00 |
| FINGERHUT CORP | UNSECURED | NOT FILED | .00 | .00 |
| ALLIANCE ONE | NOTICE ONLY | NOT FILED | .00 | .00 |
| FINGERHUT | NOTICE ONLY | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED OTH | .00 | .00 | .00 |
| PROVIDIAN VISA | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIAGNOSTICS | NOTICE ONLY | NOT FILED | .00 | .00 |
| RUSH EMERGENCY SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| AMERITECH OF ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |
| SEARS ROEBUCK & CO | UNSECURED | NOT FILED | .00 | .00 |
| JBC & ASSOCIATES | NOTICE ONLY | NOT FILED | .00 | .00 |
| SHORT TERM LOAN | UNSECURED | 836.93 | .00 | 682.69 |
| AT & T BANKRUPCTY | UNSECURED | 221.09 | .00 | 180.35 |
| SPRINT PCS | UNSECURED | NOT FILED | .00 | .00 |
| RISK MANAGEMENT ALTERNAT | NOTICE ONLY | NOT FILED | .00 | .00 |
| STERLING BANK & TRUST | UNSECURED | 522.74 | .00 | 426.40 |
| CCB CREDIT SERVICE INC | NOTICE ONLY | NOT FILED | .00 | .00 |
| PETER FRANCIS GERACI | DEBTOR ATTY | 2,700.00 | | 2,700.00 |
| TOM VAUGHN | TRUSTEE | | | 992.84 |

PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 05015 DANISHA MURPH

```
DEBTOR REFUND              REFUND                                          152.84

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                            RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    19,088.84

PRIORITY                                                321.06
SECURED                                               6,250.00
     INTEREST                                         2,057.40
UNSECURED                                             6,614.70
ADMINISTRATIVE                                        2,700.00
TRUSTEE COMPENSATION                                    992.84
DEBTOR REFUND                                           152.84
                          ---------------      ---------------
TOTALS                     19,088.84                19,088.84
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


    Dated: 03/27/08                         /s/ Tom Vaughn
                                            _____
                                            TOM VAUGHN
                                            CHAPTER 13 TRUSTEE